IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SOUTHEASTERN SPORTS
MANAGEMENT,                                                       PLAINTIFF

vs.                                                               CIVIL No. 2:05CV61-B-B

SCOTTY BAKER, et al.,                                             DEFENDANTS

## ORDER DENYING MOTION TO COMPEL

**BEFORE THE COURT** are Defendants' first Motion to Compel Discovery [doc. 169], filed June 14, 2006; Defendants' supporting Memorandum [doc. 170], filed June 14, 2006; and Plaintiff's Response in Opposition [doc. 171], filed June 14, 2006. Having duly considered the submissions of the parties, I find the motion should be denied.

Defendants seek bank records which were originally requested in connection with plaintiff's 30(b)(6) deposition. These records were not produced by plaintiff at the deposition which took place on March 6, 2006. The deadline for discovery was March 15, 2006, and the deadline for filing motions was April 28, 2006. Accordingly, the instant motion is untimely and is hereby **DENIED**.

**SO ORDERED** this 15th day of June, 2006.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE