IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SOUTHEASTERN SPORTS MANAGEMENT                                    PLAINTIFF

V.                                            CIVIL ACTION NO. 2:05CV61-B-B

SCOTTY BAKER, CITY OF SOUTHAVEN,
MISSISSIPPI, ET AL.                                               DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the motion for summary judgment of the City defendants is **GRANTED**;

that the motion for summary judgment of defendants Clark Brown and Vital Technology is **GRANTED**;

that the motion for summary judgment of defendants Scotty Baker and JBJ Sports, Inc., is **DENIED** as to the breach of contract claim and the claim for breach of the duty of good faith and loyalty and is **GRANTED** as to all other claims.

This, the 1st day of August, 2006.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.**
**SENIOR U.S. DISTRICT JUDGE**